**MUSICK, PEELER & GARRETT LLP**
624 South Grand Avenue, Suite 2000
Los Angeles, California 90017-3383
Telephone (213) 629-7600
Facsimile (213) 624-1376

Lynn A. O'Leary (State Bar No. 110365)
l.oleary@musickpeeler,com
Wayne B. Littlefield (State Bar No. 069132)
w.littlefield@musickpeeler.com
Scott J. Street (State Bar No. 258962)
s.street@musickpeeler.com

Attorneys for Plaintiff
NAUTILUS INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY, a corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ELVIA GONZALEZ; GERARDO L.,<br><br>Defendants. | CASE No. 1:20-cv-01675-NONE-JLT<br><br>**JOINT STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE; ORDER; [PROPOSED] ORDER**<br><br>(Doc. 13) |

Plaintiff Nautilus Insurance Company ("Plaintiff") and Defendant Elvia Gonzalez, by and through their counsel of record, respectfully submit this Joint Stipulation to Continue the Mandatory Scheduling Conference currently set for April 27, 2021.

## RECITALS

WHEREAS, Plaintiff filed the operative First Amended Complaint ("FAC") in this case on January 11, 2021 (Dkt. 5);

WHEREAS, Defendants Elvia Gonzalez and Gerardo L. were both personally served with the FAC on February 18;

WHEREAS, on March 22, Plaintiff filed a Request to Clerk for Entry of Default with respect to Gerardo L. (Dkt. 11) and a Clerk's Certificate of Entry of Default was entered on March 22, 2021 (Dkt. 12);

WHEREAS, Defendant Gonzalez's counsel requested an 28-day extension of time to respond to the FAC, which Plaintiff agreed to, making Ms. Gonzalez's response due on April 7, 2021;

WHEREAS, at the parties' request, the Court continued the Mandatory Scheduling Conference that was scheduled for February 23, 2021, to April 27, 2021;

WHEREAS, counsel for Plaintiff and Ms. Gonzalez continue to negotiate to reach a resolution of this case;

WHEREAS, given Gerardo L.'s default and the ongoing negotiations between Plaintiff and Ms. Gonzalez, there is good cause to continue the Mandatory Scheduling Conference by another 60 days to potentially narrow the issues that need to be discussed at the scheduling conference or resolve this case altogether; and

WHEREAS, McLeod Law Group has been coverage counsel for Defendant Gonzalez in a related action and to negotiate with Plaintiff but has not been specifically retained to appear for Ms. Gonzalez in this action and thus it executes the stipulation below purely in those capacities and not as counsel of record for Ms. Gonzalez in this action.

# **STIPULATION**

Based on the recitals above, the parties stipulate and agree that the Mandatory Scheduling Conference currently set for April 27, 2021, should be continued by at least 60 days and they jointly ask the Court to issue an order rescheduling the scheduling conference for a date and time that is convenient for the Court.

**IT IS SO STIPULATED AND AGREED**.

DATED: March 30, 2021     MUSICK, PEELER & GARRETT LLP

By:    /s/ Scott J. Street
       Scott J. Street
       Attorneys for Plaintiff
       NAUTILUS INSURANCE COMPANY

DATED: March 30, 2021     MCLEOD LAW GROUP

By:    /s/ John J. McLeod
       John J. McLeod
       Attorneys for Defendant
       ELVIA GONZALEZ

# **ORDER**

Having reviewed the foregoing Stipulation, and good cause appearing, the Court hereby orders that the Mandatory Scheduling Conference shall be continued from April 27, 2021, to June 25, 2021, at 8:30 a.m. before U.S. Magistrate Judge Jennifer L. Thurston.

**The Court does not anticipate that it will again continue the scheduling conference.**

IT IS SO ORDERED.

Dated:   **March 30, 2021**             _ /s/ Jennifer L. Thurston
                                       CHIEF UNITED STATES MAGISTRATE JUDGE

MUSICK, PEELER & GARRETT LLP

06659.002 1308784.1                                              Case No. 1:20-cv-01675-NONE-JLT
JOINT STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE; ORDER