# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY, a corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ELVIA GONZALEZ; GERARDO L.,<br><br>Defendants. | Case No. 1:20-cv-01675-NONE-JLT<br><br>**ORDER AFTER NOTICE OF SETTLEMENT**<br>**(Doc 15)** |

The parties report that they have settled the matter and indicate they will seek dismissal of the action soon. (Doc. 15) Thus, the Court **ORDERS**:

1. The stipulation to dismiss the action **SHALL** be filed **no later than July 30, 2021**;
2. All pending dates, conferences, motions and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

Dated: **June 21, 2021**           **/s/ Jennifer L. Thurston**
                                    CHIEF UNITED STATES MAGISTRATE JUDGE